IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALICE BLUM, on behalf of
MDB, a minor child,                                    CV 07-6027-MA

    Plaintiff,                                         JUDGMENT

    v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.

    Based on the record and the Opinion and Order filed herewith, the decision of the ALJ is reversed and remanded for an immediate award and payment of benefits.

    IT IS SO ORDERED.

    DATED this  16  day of June, 2008.

                                      /s/   Malcolm F. Marsh
                                      Malcolm F. Marsh
                                      United States District Judge

1 - JUDGMENT